James K. Schultz, Esq., Nevada Bar No. 10219
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Telephone: (619) 758-1891
Facsimile: (619) 296-2013
E-mail jschultz@sessions.legal

Shannon G. Splaine, Esq., Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com
*Attorneys for Defendant Fair Collections & Outsourcing, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN C. PIPES,<br><br>Plaintiff,<br>vs.<br><br>FAIR COLLECTIONS & OUTSOURCING, INC. a Foreign Company, and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendants. | Case No: 2:18-cv-01577-JCM NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff, John C. Pipes ("Plaintiff) and Defendant, Fair Collections & Outsourcing, Inc. ("FCO") through undersigned counsel, hereby stipulate and agree that Defendant shall have a 21 day extension of time, until October 22, 2018 to respond to the Complaint. Plaintiff and FCO are engaged in informal discovery and settlement discussions, and the additional time to respond to the Complaint will facilitate these discussions.

1

This stipulation is filed in good faith and not intended to cause any delay.

*Shannon G. Splaine*
Shannon G. Splaine
*Attorney for Defendant,*
*Fair Collections & Outsourcing, Inc.*

/s/ Erik W. Fox

Eric W. Fox
*Attorney for Plaintiff*
John C. Pipes

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated: October 2, 2018