COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN C. PIPES,<br><br>        Plaintiff,<br><br>vs.<br><br>FAIR COLLECTIONS & OUTSOURCING, INC., a Foreign Company, EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation.<br><br>        Defendants. | Case Number<br>2:18-cv-01577-JCM-NJK<br><br>**JOINT STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

TO: THE HONORABLE JUDGE JAMES C. MAHAN

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, John C. Pipes ("Plaintiff") and Fair Collections & Outsourcing, Inc. ("Fair Collections"), Equifax Information Services, LLC ('Equifax") and Experian Information Solutions, Inc. ("Experian"), by and through their respective attorneys of record, hereby stipulate and agree that all Plaintiff's claims asserted against Fair Collections, Equifax, and Experian in the above-captioned shall be and hereby are dismissed with prejudice. Each party will bear its own costs, disbursements, and attorney fees. The stipulation with prejudice is only as to the claims stated in the Complaint. Further, the dismissal with prejudice

COGBURN LAW OFFICES
2580 St. Rose Parkway, Suite 330, Henderson, Nevada 89074
Telephone: (702) 748-7777 | Facsimile: (702) 966-3880

shall not be inferred to waive claims or defenses not specifically stated or that any party to this Stipulation is estopped from raising claims or defenses for claims or defenses not expressly specified in the Complaint. The parties request that the Clerk of the Court now close this case.

Dated this 13th day of December, 2018.     Dated this 13th day of December, 2018.

**COGBURN LAW OFFICES**     **NAYLOR & BRASTER**

By: */s/ Erik W. Fox*  
Name: Jamie S. Cogburn, Esq.  
Nevada Bar No. 8409  
Erik W. Fox, Esq.  
Nevada Bar No. 884  
2580 St. Rose Parkway, Suite 330  
Henderson, Nevada 89074  
*Attorneys for John C. Pipes*

By: */s/ Jennifer L. Braster*  
Name: Jennifer L. Braster, Esq.  
Nevada Bar No. 9982  
Andrew J. Sharples, Esq.  
Nevada Bar No. 12866  
1050 Indigo Drive, Ste. 200  
Las Vegas, Nevada 89145  
*Attorneys for Experian Information Solutions, Inc.*

Dated this 13th day of December, 2018.     Dated this 13th day of December, 2018.

**LINCOLN, GUSTAFSON & CERCOS LLP**     **SNELL & WILMER, LLP**

By: */s/ Shannon G. Splaine*  
Name: Shannon G. Splaine, Esq.  
Nevada Bar No. 8241  
3960 Howard Hughes Pkwy, Ste. 200  
Las Vegas, Nevada 89169  
*Attorney for Fair Collections & Outsourcing, Inc.*

By: */s/ Bradley T. Austin*  
Name: Bradley T. Austin, Esq.  
Nevada Bar No. 13064  
3883 Howard Hughes Pkwy, Ste. 1100  
Las Vegas, Nevada 89169  
*Attorney for Equifax Information Services, LLC*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

December 18, 2018

DATE

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 13th day of December, 2018.

☒    I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

       /s/ *Amy Quach*
    An employee of Cogburn Law Offices